COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Veronica L. Davis v. James A. West and Houston Reporting
                         Services

Appellate case number:   01-13-00463-CV

Trial court case number: 40,104

Trial court:             149th District Court of Brazoria County

Date motion filed:       April 16, 2014

Party filing motion:     Appellant, Veronica L. Davis

    It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Harvey Brown
                ☒ Acting individually    ☐ Acting for the Court

Panel consists of: Justices Keyes, Bland, and Brown

Date: June 3, 2014